ANDREW M. STEIN  (State Bar No. 82963)
JOSEPH A. MARKUS (State Bar No. 113802)
LAW OFFICES OF STEIN AND MARKUS, PLC
9944 Flower Street
Bellflower, California 90706
Telephone: (562) 866-9762
Email: steinandmarkus@gmail.com

Attorney for Defendant
ARMAND ION

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:22-cr-00145-1 |
| Plaintiff, | **DEFENDANT'S SENTENCING POSITION WITH EXHIBIT** |
| v. | |
| ARMAND ION, | |
| Defendant. | |

Defendant ARMAND ION, through counsel, hereby submits his Sentencing Position, with Exhibit.

Defendant reserves the opportunity to make additional comments at the sentencing hearing in this matter.

Date:  June 10, 2024

Respectfully submitted:

LAW OFFICE OF
ANDREW M. STEIN

By     /s/Andrew M. Stein
       ANDREW M. STEIN
       Attorney for Defendant
       ARMAND ION

# I.

## OVERVIEW AND RECOMMENDED SENTENCE

On February 7, 2024, Defendant Armand Ion, age 43, pleaded guilty to Counts 2 and 4 of the indictment in violation of 18 U.S.C. § 1344(2) and 18 U.S.C. §1028(A)(1).

The presentence report has done a thorough and precise job explaining the defendant's background and characteristics.

The United States Probation Office (USPO) recommends a sentence of 51 months.  While the Defendant, through counsel, believes that the USPO has done an exceptional job of presenting the issues in this case, we would ask for a lesser prison term.

# II.

## ACCEPTANCE OF RESPONSIBILITY

Mr. Ion's remorse statement for being involved in this criminal enterprise is attached in a letter hereto as Exhibit "A".

# III.

## OBJECTIONS TO PRESENTENCE REPORT

The Defendant objects to paragraphs 67 through 72 of the Presentence Report, in that he has no way to verify the statements in said paragraphs.

# IV.

## CONCLUSION

Based on the foregoing grounds, including the defendant's remorse and personal self-rehabilitation, Defendant through counsel, respectfully requests that he be sentenced to less than the 51 month term of imprisonment recommended by the

U.S. Probation Office, to be followed by 3 years and supervised release and a fine of $10,000.

It is submitted that sentenced along these lines would be "sufficient, but not greater than necessary" to effectuate justice and to adequately address the sentencing factors set forth at 18 U.S.C. § 3553(a).

Date:  June 10, 2024                                  Respectfully submitted:

                                                        LAW OFFICE OF
                                                        ANDREW M. STEIN

                                        By    /s/Andrew M. Stein
                                                        ANDREW M. STEIN
                                                        Attorney for Defendant
                                                        ARMAND ION