# Exhibit "A"

TRULINCS 20694510 - ION, ARMAND - Unit: LOS-I-S

---

FROM: 20694510
TO: Michael W. Fitzgerald, United States District Judge
SUBJECT: U.S. v. ARMAND ION Case No. 8:22-cr-00145-MWI
DATE: 03/24/2024 02:01:19 PM



FILED
CLERK, U.S. DISTRICT COURT

MAR 27 2024

CENTRAL DISTRICT OF CALIFORNIA
BY    TV    DEPUTY

Your Honor

I want to express my regret and remorse for my actions. I do not have enough words to express the stress caused to the victims and my family due to my actions. I assume full responsibility and every minute I have spent in MDC I could not stop thinking about how the victims and their families coped with the consequences of my actions, besides the stress and pain I put my family into. I myself also suffered physically, mentally, and emotionally because of my actions being locked up in MDC.

I have learned my lesson the hard way by staying here at MDC with frequent lockdowns, gang activities, extortions, and with murderers who are facing life and have nothing to lose. Recently we were locked down for about two months. Initially it was for 7 days at a time without showers or basic necessities due to a murder that happened on our floor. One has to watch ones back at all times, emotions and passions run high and anything can happen to anybody at any time. I was scared for my life with all these activities going on. I have finally understood that this is not the life that I want to spend anymore behind bars, I've had enough of this life.

I am 43 years old. At this stage of my life I want to spend quality time with my family, specially with my grandchildren whom I miss a lot because I was never able to hold them, hug them, or kiss them as I was here in MDC when they were born. I do not want to live my life behind bars anymore. Instead I want to spoil my grandchildren with all the love and joy I can give them. I am no longer a greedy person. I rather be poor and spend my time with my family, than rich and behind bars.

I implore the court to please have mercy on me and enable me to rejoin my family. Now I will listen to you.

Thank You, Your Honor

ION ARMAND

